No. 37, Misc.  PHILLIPS *v.* HAND, WARDEN.  Supreme Court of Kansas.  Certiorari denied.  Petitioner *pro se.* *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 64, Misc.  BECKETT *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied. Petitioner *pro se.*  *C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General, for respondent.

No. 71, Misc.  TICHNELL *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied. Petitioner *pro se.*  *C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General, for respondent.

No. 152, Misc.  NOLAN *v.* NASH, WARDEN.  Supreme Court of Missouri.  Certiorari denied.  Petitioner *pro se.* *Thomas F. Eagleton,* Attorney General of Missouri, and *Ben Ely, Jr.,* Assistant Attorney General, for respondent.

No. 153, Misc.  MERCER *v.* KENTUCKY ET AL.  Court of Appeals of Kentucky.  Certiorari denied.  Petitioner *pro se.*  *John B. Breckinridge,* Attorney General of Kentucky, for respondents.

No. 196, Misc.  COLBERT *v.* MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 266, Misc.  McCOY *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied. Petitioner *pro se.*  *C. Donald Robertson,* Attorney General of West Virginia, and *C. Robert Sarver,* Assistant Attorney General, for respondent.